LAW LIBRARY

K. HAMAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 APR 29 AM 8: 17

FILED

NO. 29313

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
STEVEN M. ADACHI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(HPD Criminal No. 07509734 (1P108-00254))

ORDER OF AMENDMENT
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on April 27, 2010 is amended by adding on page 3, second full paragraph, first line, the word "not" between the words "did" and "abuse."

The Clerk of the Court is directed to incorporate the foregoing changes in the original Summary Disposition Order and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, April 29, 2010.

Presiding Judge

Associate Judge

Associate Judge